AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  CALIFORNIA

**APPEARANCE**

Case Number: 08mj2512

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

EDWARD VAZQUEZ HUERTA

I certify that I am admitted to practice in this court.

| 8/18/2008 | /s/ John C. Ellis, Jr. |
|---|---|
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD      228083 |
| | Print Name                                        Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City            State            Zip Code |
| | (619) 234-8467              (619) 687-2666 |
| | Phone Number                                     Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08mj2512 |
| | ) | |
| v. | ) | |
| | ) | |
| EDWARD VAZQUEZ HUERTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

       Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

       United States Attorney's Office
       880 Front Street
       San Diego, CA  92101


Dated:  August 18, 2008                                 */s/ John C. Ellis, Jr.*
                                                                       JOHN C. ELLIS, JR.
                                                                       Federal Defenders
                                                                       225 Broadway, Suite 900
                                                                       San Diego, CA 92101-5030
                                                                       (619) 234-8467  (tel)
                                                                       (619) 687-2666  (fax)
                                                                       john_ellis@fd.org